## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 06, 2017

Mr. James Hays Lawson
Law Office
115 S. Sherrin Avenue
Suite Four
Louisville, KY 40207

Mr. David W. Thompson
McGlinchey Stafford
25550 Chagrin Boulevard
Suite 406
Warrensville Heights, OH 44122

       Re: Case No. 17-6176, *Alicia McMahan v. Byrider Sales of Indiana, et al*
            Originating Case No. : 3:17-cv-00064

Dear Counsel,

   This appeal has been docketed as case number **17-6176** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 20, 2017**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                         |
|------------|---------------------------------------------------------|
| Appellant: | Appearance of Counsel                                   |
|            | Civil Appeal Statement of Parties & Issues              |
|            | Disclosure of Corporate Affiliations                    |
|            | Application for Admission to 6th Circuit Bar (if applicable) |
|            |                                                         |
| Appellee:  | Appearance of Counsel                                   |
|            | Disclosure of Corporate Affiliations                    |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Antoinette S. Macon
Case Manager
Direct Dial No. 513-564-7015


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 17-6176

ALICIA MCMAHAN

    Plaintiff - Appellant

v.

BYRIDER SALES OF INDIANA S, LLC, doing business as J.D. Byrider; BYRIDER FINANCE, LLC, doing business as CNAC

    Defendants - Appellees